# UNITED STATES DISTRICT COURTS
# DISTRICT OF CONNECTICUT

DEC 10 2025 PM2:02
FILED-USDC-CT-NEW HAVEN

DeTerrance Smith
Plaintiff

V

Connecticut Department of Correctun ~~Warden~~ and other D.O.C. offical THAT HAVE To Do with my release
THE Bureau of Corrections
Defendant

USDC
~~[illegible]~~
141, CHURCH St
New HAVEN, CT
06510

Case NO: ______
JUDGE: ______

## FEDERAL CIVIL RIGHT COMPLAINT

(42 U.S.C. 1983 - False arrest / Unlaweful Detention Due Process Violations)

## I. INTRODUTIONS

① THIS is a civil right action brought under 42 U.S.C.§ 1983 for violations of the Plaintiff's 4 and 14th amendment rights arising from the CT D.O.C. unlawfully holding Plaintiff seven (7) day past his lawful release date with out a court order and with out a court order and without any legal authority.

② Plaintiff seek compensatory and punitive damages for false arrest unlawful imprisonment, negligence, gross negligence gross negligence deliberate indifference and pain and suffering caused by D.O.C. officials who unlawfully continued to detain him after his criminal sentence was fully served.

## II. JURISDICTION AND VENUE

③ THIS Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 ~~[illegible]~~

④ the events occurred in the District of Connecticut Venue is proper in this District Under 28 U.S.C. §§ 1391(b)

## III PARTIES

⑤ Plaintiff DeTerrance D Smith is an adult resident of Connecticut

⑥ Defendant D.O.C. Officers THAT handle releaseing inmate and Bureau of Corrections, On document calculatns release Dates approving released supervisons is on document that been sent prove's it

## IV. FACTUAL ALLEGATIONS

⑦ Plaintiff was incarcerated on feburary 2025 and later entered a plea agreement ("copped out") for a (four mouth sentence)

⑧ AT the time Plantiff entered the plea agreement, he had already accumulated sufficient time served and was two week past the completion of the four-month sentence

⑨ DOC officials were fully aware of Plaintiff's sentenceing computation release date and time served

⑩ Despite this D.O.C. refused to release Plaintiff and held him for additional seven (7) days past his lawful release date.

⑪ Durning this illegal extra week of incarceration, Plaintiff was NOT charged with any crime. was NOT arrested, had no disciplinary ticket, and no judge signed any detainer or order holding him.

⑫ Plaintiff repeatedly requested release and asked D.O.C. staff why he was being unlawfully detained. D.O.C. provided no explanation and ignored his right. statin Bureau of Correction problem

⑬ THE unlawful seven Day detention caused Plaintiff severe emotional distress, anxiety, fear, Sleep deprivation and psychological suffering

⑭ D.O.C.'s failure to release Plaintiff on time constitutes false arrest, false imprisonment, and a violation of his constitutional right to due process.

## V. CLAIMS FOR RELIEF

Count 1 - False arrest / False imprisonment
(42 U.S.C. § 1983 - Fourth Amendment)

⑮ Plaintiff repeats all prior paragraphs.

⑯ Defendant unlawfully restrained Plaintiff liberty for 7 days without legal authority

Count 2 Fourteenth Amendment
DUE PROCESS VIOLATION

(17) Holding Plaintiff past his lawful release date violates substantive and procedural due process.

Count 3- NEGLIGENCE/GROSS NEGLIGENCE

(18) D.O.C. officials failed to properly calculate, verify, or process Plaintiff's release causing unlawfull detention

Count 4- Deliberate indifference

(19) Defendants acted with reckless disregard for Plaintiff's right and repeated complaints

VI. Damages

Plaintiff seek:

- Compensatory damages for emotional, distress mental anguish, and lost liberty
- Punitive damages for reckless and deliberate violations
- ATTorney's fees and costs (if applicable)
- Any futher relief deemed just and proper.
- Plaintiff ASK for $1000 per hr for reason pertaining the count's of violation

VII. (?). Motion TO TERMINATE/STRIKE ANY MOTION TO DISMISS

(20) Plaintiff moves that ANY MOTION TO DISMISS filed by Defendants be terminated, denied, or stricken, because documentary evidence including D.O.C. time record's - proves that DOC time ~~record~~ of releasing me in violations - proves that D.O.C. and Bureau of Connecticut unlawfully detained Plaintiff seven extra days beyond his lawful release DATE.

(21) THE constitutional violation is supported by clear evidence and IS not subject to qualified immunity as courts Have repeatedly held over detention to be unconstitutional ( DAVIS V. HAll, supRA

## VIII. JURY DEMAND

PLAINtiff demands a jury trial on all issues so triable AND can THE Plaintiff ASK for NAME THAT IN CHARGE OF THE Release document of Complaint

## IX. SIGNATURE

Respectfully submitted

Deterrence Smith

Pro Se Plaintiff

mail Address 62 Pond St Homeless

WTBY.CT 06701

203-000-0000

DeTerrance Smith
62 pond st mail address
WTBY CT 06701

HARTFORD CT 060
8 DEC 2025 PM 7 L

1775 ★ 2025
FOREVER / USA

United States District Courts
141 Church St
New Haven, CT
06510

06510-207899